IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02046-RTG

MARLON AROLDO BORJAS TORRES,

      Petitioner,

v.

WARDEN, Aurora ICE Processing Center,

      Respondent.

---

## MINUTE ORDER

---

ENTERED BY SENIOR U.S. DISTRICT JUDGE LEWIS T. BABCOCK

      Petitioner's Emergency Motion for Stay of Removal and Request to Prohibit Transfer (ECF No. 2) is **DENIED WITHOUT PREJUDICE** as premature. To proceed with this action, Petitioner must first file an amended habeas corpus application as ordered by the Court. *See* ECF No. 6.

Dated: June 25, 2026